1 | SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
2 | **LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
3 | CHICO, CA. 95926
Telephone: (530) 895-3252
4 | Facsimile: (530) 894-8244

5 | Attorneys for Plaintiff

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT

11 | ROBERT DODSON,                ) No. CIV.S 07-02144-LKK-DAD
                                   )
12 |        Plaintiff,              ) **REQUEST FOR DISMISSAL**
                                   )
13 |        vs.                     ) **AND ORDER THEREON**
                                   )
14 | TARGET CORPORATION; DAYTON    )
   | HUDSON CORPORATION,           )
15 |                                )
                                   )
16 |        Defendants.             )

*Dodson v. Target Corporation, et al*                              Request for Dismissal

TO THE COURT AND ALL PARTIES:

  Plaintiff, ROBERT DODSON, requests the Court dismiss the above entitled action, with prejudice, as to all Defendants.

Dated:  January 2, 2008   LAW OFFICES OF LYNN HUBBARD, III

            /s/ Lynn Hubbard, III
          LYNN HUBBARD, III
          Attorney for Plaintiff

Dated:  January 4, 2008.   IT IS SO ORDERED

          LAWRENCE K. KARLTON
          SENIOR JUDGE
          UNITED STATES DISTRICT COURT